Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Thomas J. Hanlon
Assistant United States Attorney
402 E. Yakima Ave., Suite 210
Yakima, WA 98901
Telephone: (509) 454-4425

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY 10 2022

SEAN F. MCAVOY, CLERK
_____, DEPUTY
YAKIMA, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

              Plaintiff,

v.

MARCELO ANTHONY BENSON,

              Defendant.

**1:22-CR-2043-SMJ**

INDICTMENT

Vio.: 18 U.S.C. §§ 922(g)(1), 924(a)(2)
Felon in Possession of Firearm

18 U.S.C. § 924(d), 28 U.S.C. § 2461(c)
Forfeiture Allegations

The Grand Jury charges:

On or about March 3, 2021, in the Eastern District of Washington, the Defendant, MARCELO ANTHONY BENSON, knowing of his status as a person previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly and intentionally possess in and affecting commerce, a firearm, to wit: an Interarms, Model Silver Cup, .45 caliber semi-automatic handgun bearing serial number 1601767, which firearm had theretofore been transported in interstate and foreign commerce, all in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(2).

INDICTMENT-1

NOTICE OF CRIMINAL FORFEITURE

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), upon conviction of an offense in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(2), as set forth in this Indictment, the Defendant, MARCELO ANTHONY BENSON, shall forfeit to the United States of America, any firearms and ammunition involved or used in the commission of the offense, including, but not limited to:

> an Interarms, Model Silver Cup, .45 caliber semi-automatic handgun bearing serial number 1601767

DATED this ___ day of May, 2022.

A TRUE BILL

*Vanessa Waldref* (signature)
Vanessa R. Waldref
United States Attorney

*Thomas Hanlon* (signature)
Thomas J. Hanlon
Assistant United States Attorney

INDICTMENT-2