UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>MARCELO ANTHONY BENSON,<br><br>　　　　Defendant. | NO: 1:22-CR-02043-SMJ<br><br>WRIT OF HABEAS CORPUS<br>AD PROSEQUENDUM |

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO: Superintendent, Washington State Corrections Center, Shelton, Washington and to any United States Marshal.

G R E E T I N G S

WE COMMAND that you have and produce the body of MARCELO ANTHONY BENSON, DOC # 404583 currently in your custody, before the United States District Court, 25 S. Third Street, Yakima, Washington, on June 6, 2022, in order that said prisoner may then and there respond to and answer charges currently pending against him in the above-entitled case; and at the termination of said case to return him forthwith to the custody of said Superintendent.

WITNESS, the Duty United States Magistrate Judge, Eastern District of Washington.

DATED this 16th day of May, 2022.

　　　　　　　　　　　　　　　　SEAN MCAVOY, Clerk
　　　　　　　　　　　　　　　　United States District Court
　　　　　　　　　　　　　　　　Eastern District of Washington

　　　　　　　　　　　　　　　　By:
　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Deputy

Writ　　　　　　　　　　　　　　　　1