Vanessa R. Waldref
United States Attorney
Thomas J. Hanlon
Assistant United States Attorney
402 E. Yakima Avenue, Suite 210
Yakima, Washington   98907
(509) 454-4425

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | NO:  1:22-CR-02043-SMJ |
| | ) | |
| | ) | |
| v. | ) | APPLICATION FOR |
| | ) | WRIT OF HABEAS CORPUS AD |
| MARCELO ANTHONY BENSON, | ) | OF HABEAS CORPUS AD |
| | ) | PROSEQUENDUM |
| | ) | |
| Defendant. | ) | |
| | ) | |

The United States of America, by and through the United States Attorney,

represents as follows: That there is now detained at the Washington State Corrections

Center, Shelton, Washington, in the custody of the Superintendent,  MARCELO

ANTHONY BENSON, DOC #404583 the defendant in the above-entitled case,  said

case having been set for an Initial Appearance on the 6th day of  June, 2022, it is

necessary to have said defendant present in the Courtroom of the Duty United States

Magistrate  Judge, 25 S. Third Street, Yakima, Washington, and in order to secure the

presence of said defendant it is necessary that a Writ of Habeas Corpus Ad

Prosequendum be issued commanding the United States Marshal to produce said

defendant in said court on said date, and at such other dates as may be necessary in

order to procure his presence for all other proceedings incident thereto.

Application for Writ                                    1

WHEREFORE, your petitioner prays for an Order directing the issuance of a

Writ of Habeas Corpus Ad Prosequendum out of and under the seal of the Court

directing said Superintendent to release said defendant to the United States Marshal to

have and produce the above-named defendant and then and there to present said

defendant before the Court and from day to day thereafter as may be necessary; and at

the termination of the proceedings return said defendant to the custody of said

Superintendent.

DATED this 16th day of May, 2022.

Vanessa R. Waldref
United States Attorney

s/Thomas J. Hanlon
Thomas J. Hanlon
Assistant United States Attorney

Application for Writ                                2