FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 16, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MARCELO ANTHONY BENSON,<br><br>Defendant. | No. 1:22-CR-02043-SMJ<br><br>ORDER GRANTING UNITED STATES' MOTION TO ISSUE WRIT OF HABEAS CORPUS AD PROSEQUENDUM<br><br>**ECF No. 7-1** |

Before the Court is the United States' Motion for Writ of Habeas Corpus Ad Prosequendum (ECF No. 7-1). For the reasons set forth in the Motion;

**IT IS ORDERED:**

1. The United States' Motion to Issue Writ of Habeas Corpus Ad Prosequendum (**ECF No. 7-1**) is **GRANTED**.

2. A Writ of Habeas Corpus Ad Prosequendum shall be issued.

DATED May 16, 2022.

*s/Mary K. Dimke*
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE

ORDER GRANTING UNITED STATES' MOTION TO ISSUE WRIT OF
HABEAS CORPUS AD PROSEQUENDUM - 1