Craig D. Webster
Federal Defenders of Eastern Washington & Idaho
306 E. Chestnut Ave.
Yakima, WA 98901
(509) 248-8920

Attorney for Defendant
Marcelo Anthony Benson

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
The Honorable Salvador Mendoza, Jr.

| | |
|---|---|
| United States of America,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>Marcelo Anthony Benson,<br><br>　　　　　　　　　Defendant. | No.  1:22-CR-2043-SMJ<br><br>**Notice of Appearance** |

　　　Please take notice that Craig D. Webster of the Federal Defenders of Eastern Washington and Idaho hereby enters his appearance as counsel of record in this matter. All future correspondence and court filings should be forwarded directly to the address listed above.

//

//

Notice of Appearance:  1

Dated: June 13, 2022.

> By s/ Craig D. Webster
> Craig D. Webster, 40064
> Attorney for Marcelo Anthony Benson
> Federal Defenders of Eastern Washington and Idaho
> 306 East Chestnut Avenue
> Yakima, Washington 98901
> (509) 248-8920
> (509) 248-9118 fax
> Craig_Webster@fd.org

## Certificate of Service

I hereby certify that on June 13, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Thomas J. Hanlon, Assistant United States Attorney.

> s/ Craig D. Webster
> Craig D. Webster

Notice of Appearance: 2