AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 15, 2022

SEAN F. McAVOY, CLERK

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| MARCELO ANTHONY BENSON | ) | Case No.  1:22-CR-2043-SMJ |
| | ) | |
| | ) | |
| | ) | |
| Defendant | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     MARCELO ANTHONY BENSON    ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

  18 U.S.C. §§ 922(g)(1),924(a)(2) Felon in Possession of Firearm

Date: May 10, 2022, 3:56 pm

*Issuing officer's signature*

City and state:   Yakima, Washington

Sean F. McAvoy, Clerk of Court/DCE
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 5/10/22, and the person was arrested on *(date)* 6/10/22
at *(city and state)* Yakima, WA

Arrested within the E/WA

Date: 6/10/22

By: FBI - WRIT
*(Agency) Arresting officer's signature*
Executed On: 6/10/22
Sign: [signature]
*Printed name and title*