1  Jennifer R. Barnes
2  Federal Defenders of Eastern Washington & Idaho
   306 E. Chestnut Ave.
3  Yakima, WA 98901
   (509) 248-8920
4
   Attorney for Defendant
5  Marcelo Anthony Benson

6

7                    UNITED STATES DISTRICT COURT
8                    EASTERN DISTRICT OF WASHINGTON
                     The Honorable Salvador Mendoza, Jr.
9

10 | United States of America,
11 |                              Plaintiff,        No. 1:22-CR-2043-SMJ
12 |         v.                                     **Notice of Substitution**
13 |
14 | Marcelo Anthony Benson,
15 |                              Defendant.

16      Please take notice that Jennifer R. Barnes of the Federal Defenders of Eastern
17
   Washington and Idaho hereby enters her substitution as counsel of record in this
18
19 matter. All future correspondence and court filings should be forwarded directly to the

20 address listed above.

21

22

23

24 Dated: June 21, 2022.

25

   Notice of Substitution: 1

By s/ Jennifer R. Barnes
Jennifer R. Barnes, 23664
Federal Defenders of Eastern
Washington and Idaho
306 East Chestnut Avenue
Yakima, Washington 98901
(509) 248-8920
(509) 248-9118 fax
Jennifer_Barnes@fd.org

**Certificate of Service**

I hereby certify that on June 21, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Thomas J. Hanlon, Assistant United States Attorney.

s/ Jennifer R. Barnes
Jennifer R. Barnes

Notice of Substitution: 2