

Andrea K. George
601 W. Riverside Ave., Suite 900
Spokane, Washington 99201
509.624.7606
Attorney for Marcelo Benson

United States District Court
Eastern District of Washington

| | |
|---|---|
| United States, | No. 1:22-cr-02043-MKD |
| Plaintiff, | |
| v. | (Expedited) Unopposed Motion for Sentence Reduction under Amendment 821 (Status Points) |
| Marcelo Anthony Benson | |
| Defendant. | **January 12, 2024, at 6:30 p.m. Without Oral Argument** |

Marcelo Anthony Benson files this unopposed motion for sentence reduction. He was at the time of his original sentencing, a status offender – that is, he received two points for having committed the instant offense while under a criminal justice sentence. On November 1, 2023, the United States Sentencing Commission amended §4A1.1 to eliminate this two-point increase for individuals with less than 7 criminal history points, effective February 1, 2024.

According to USSG 1B1.10, in the case of an individual serving a term of imprisonment and the applicable guideline range has since been lowered, the Court may reduce the term of imprisonment in accordance with 18 U.S.C. §3582(c). The new sentence shall not be below the minimum of the new guideline range (§1B1.10(b)(A), with the sole exception that a proportional reduction is authorized for those individuals who provided substantial assistance to the government. (§1B1.10(b)(2)(B). The new sentence may not be less than the time the individual has already served. (§1B1.10(b)(C).

Counsel conferred with AUSA Ian Garriques and both parties agree that Mr. Benson qualifies for a reduction based on Amendment 821. His Criminal History Category drops from IV to III.[1] The United States Probation Office filed a

---

[1] The United States Probation Office filed a memorandum indicating Mr. Benson qualifies for the sentence reduction. ECF 76.

memorandum laying out the prior and new guidelines, noting he received a bottom of the guideline sentence.:

|  | Original Computations | Retroactive Amendment 821 Effective February 1, 2024 |
|---|---|---|
| **Total Offense Level/** | 12 | 12 |
| **Criminal History Points/** | 7 | 5 |
| **Criminal History Category** | IV | III |
| **Guideline Imprisonment Range** | 21 to 27 months | 15 to 21 months |
| **Substantial Assistance Departure/Variance** | None |  |
| **Sentence Imposed** | 21 months |  |

Given Mr. Benson's release date is May 24, 2024, imposing a sentence at the bottom of the new guideline range would be below the time he has already served. Hence, he asks for a time served sentence, effective February 1, 2024. In order to provide the Bureau of Prisons time to process Mr. Benson's new sentence, he asks the Court enter the order to be effective February 1, 2024, before the effective date.

Dated: January 8, 2024.

Federal Defenders of Eastern Washington & Idaho

*s/Andrea K. George*

Andrea K. George, MN 202125
601 W. Riverside Ave., Suite 900
Spokane, Washington 99201
t: (509) 624-7606
f: (509) 747-3539
Andrea_George@fd.org

Service Certificate

I certify that on January 8, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will notify Assistant United States Attorneys: Ian Garriques.

*s/Andrea K. George*

Andrea K. George, MN 202125
601 W. Riverside Ave., Suite 900
Spokane, Washington 99201
t: (509) 624-7606; f: (509) 747-3539
Andrea_George@fd.org