PROB 12C
(6/16)

Report Date: February 14, 2024

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 14, 2024

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Marcelo Anthony Benson     Case Number: 0980 1:22CR02043-MKD-1

Address of Offender: ▮▮▮▮▮▮▮▮▮▮ Toppenish, Washington 98948

Name of Sentencing Judicial Officer: The Honorable Mary K. Dimke, U.S. District Judge

Date of Original Sentence: May 17, 2023

| | |
|---|---|
| Original Offense: | Felon in Possession of Firearm, 18 U.S.C. §§ 922(g)(1), and 924(a)(2) |
| Original Sentence: | Prison - 21 months<br>TSR - 36 months |
| | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Richard Barker |
| | Date Supervision Commenced: February 1, 2024 |
| Defense Attorney: | Andrea K. George |
| | Date Supervision Expires: January 31, 2027 |

## PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition #1**: You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.<br><br>**Supporting Evidence**: Mr. Benson is considered to be in violation of his supervised release conditions by failing to report to the probation office within 72 hours of his release from custody on February 1, 2024.<br><br>On February 1, 2024, this officer contacted the Bureau of Prisons and verified that Mr. Benson was released from their custody on this date.<br><br>On February 2, 2024, this officer attempted to locate Mr. Benson at his reported release address with no success. This officer spoke with an uncle of Mr. Benson and provided a business card for Mr. Benson to report to this officer in person or by telephone no later than February 5, 2024.<br><br>Mr. Benson failed to report to the probation office as required. |

Prob12C
**Re: Benson, Marcelo Anthony**
**February 14, 2024**
**Page 2**

| | | |
|---|---|---|
| | 2 | **Standard Condition #13**: You must follow the instructions of the probation officer related to the conditions of supervision. |

**Supporting Evidence**: Mr. Benson is considered to be in violation of his supervised release conditions by failing to follow the instruction of the probation officer by not remaining at his residence on February 9, 2024.

On February 8, 2024, U.S. Probation Officer Mowatt and this officer attempted to make contact with Mr. Benson as he had failed to report to the probation office. This officer was aware of the possible transportation and communication barriers Mr. Benson may have due to the rural location of his residence.

Officer Mowatt and this officer made contact with Mr. Benson and discussed his adjustment to supervision. Mr. Benson was wearing red clothing as well as a red bandana hanging from his back jeans pocket. Mr. Benson stated to be visiting family and attending a funeral upon release from custody. Mr. Benson reported he could not report in person to the probation office in Yakima, Washington, in a timely manner due to the aforementioned obstacles.

This officer reviewed with Mr. Benson his supervised release conditions, requirements and expectations. This officer made it clear to Mr. Benson that as an alterative, to complete his supervision intake, he needed to remain home the following day so this officer could meet with him again and have the necessary paperwork to complete. Mr. Benson stated he understood. Mr. Benson was instructed to remain home on February 9, 2024, until this officer visited him.

On February 9, 2024, Officer Mowatt and this officer conducted a home visit in an attempt to meet with Mr. Benson and complete his intake. This officer met with another uncle of Mr. Benson and he reported Mr. Benson was not in the primary residence and may be on the property. Officer Mowatt and this officer conducted a visual inspection of the back yard property to include multiple trailers and inoperable vehicles being used as shelter. Contact was made with a cousin of Mr. Benson and he stated that Mr. Benson was not on the property. This officer left business cards with both of Mr. Benson's family members and encouraged them to have Mr. Benson report to this officer in hopes of avoiding Court action.

As of the date of this petition, Mr. Benson has made no effort to contact this officer or the probation office and his whereabouts is unknown.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

| | |
|---|---|
| Executed on: | February 14, 2024 |
| | s/Arturo Santana |
| | Arturo Santana<br>U.S. Probation Officer |

Prob12C
**Re: Benson, Marcelo Anthony**
**February 14, 2024**
**Page 3**

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

*M. K. Dimke*

Signature of Judicial Officer

February 14, 2024

Date